UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN FREEMAN and
DAVID FREEMAN,

      Plaintiffs,

VS.                                          CIVIL ACTION NO. 12-15537

                                            HON. GEORGE CARAM STEEH
                                            U.S. DISTRICT JUDGE

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,
a/k/a New England Compounding Center,

      Defendant.
_____/

## ORDER FOR ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY STAY

    IT IS HEREBY ORDERED that this case is closed for administrative purposes without prejudice.  This closing does not constitute a dismissal or a decision on the merits.

    IT IS FURTHER ORDERED that when the bankruptcy stay has been removed this case may be reopened on motion of any party.

Dated:  January 3, 2013

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 3, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk